UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:                                    )
                                          )
ST. JOHN, ROBERT M.                       )      CASE NO. 09-15720
ST. JOHN, LUANN                           )      CHAPTER 7
            Debtors                       )

## NOTICE OF DEPOSIT FOR DISBURSEMENTS LESS THAN $5.00

Comes now R. David Boyer, the duly appointed and acting trustee in the above-captioned case, and shows

the Court that pursuant to FRBP 3010, the following creditor is entitled to a distribution of less than $5.00 each:

| Creditor | Amount |
| --- | --- |
| Preferred Anesthesia Consultants | $4.95 |

WHEREFORE, Trustee hereby issues a check made payable to the U.S. Bankruptcy Clerk in the total

amount of $4.95 for the use and benefit of the parties set forth herein.

Submitted this 18 day of March, 2011.

/s/R. David Boyer
R. DAVID BOYER, Trustee in Bankruptcy
927 S Harrison Street, Suite 200E
Fort Wayne, Indiana 46802
(260)407-7123
e-mail: db1@boyerlegal.com

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a copy of attached document was sent by either electronically filing or by ordinary mail, postage prepaid, on this 18 day of March, 2011 to the following creditors and interested parties:

**Notice will be electronically mailed to:**
United States Trustee   ustpregion10.so.ecf@usdoj.gov

**Notice will be mailed by ordinary mail, postage prepaid to:**
Preferred Anesthesia Consultants, 1818 Carew Street #220, Fort Wayne, IN 46805


<u>/s/ Angela R. Lee</u>
Angela R. Lee